IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DEONTAE MAURICE JACKSON, a/k/a LEEF; and ASHIMIYU GBOLAHAN AWOLONLE, a/k/a CASH | Violations:  21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846; and 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

The Grand Jury Charges:

Beginning in or about 2022, and continuing until the date of this Indictment, in the District of North Dakota, and elsewhere,

DEONTAE MAURICE JACKSON, a/k/a LEEF; and
ASHIMIYU GBOLAHAN AWOLONLE, a/k/a CASH

knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute controlled substances, including 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that one or more conspirators traveled between Minnesota and North Dakota for purposes of acquiring, transporting, and distributing controlled substances;

2. It was further a part of said conspiracy that conspirators distributed, and possessed with intent to distribute, controlled substances in and around Bismarck, North Dakota, and elsewhere;

3. It was further a part of said conspiracy that conspirators would and did use United States currency in their drug transactions;

4. It was further a part of said conspiracy that conspirators attempted to conceal their activities by, among other things, concealing controlled substances inside motor vehicles and containers, using aliases, and renting hotel rooms in the name of other persons;

5. It was further a part of said conspiracy that conspirators would and did use telecommunication facilities, including cellular telephones, and social media and financial transaction applications, to facilitate the distribution of controlled substances and the collection and transfer of drug proceeds;

6. It was further a part of said conspiracy that conspirators possessed firearms to protect their source of supply of controlled substances and the proceeds of drug distribution activity, and to intimidate others;

7.      It was further a part of said conspiracy that conspirators used a hotel room in Bismarck, North Dakota, within which to use, store, conceal, and distribute controlled substances, and to collect, receive, and transfer the proceeds of drug distribution activity; and

8.      It was further a part of said conspiracy that conspirators utilized other persons as sub-distributors and associates to assist in locating customers and consumers of controlled substances, and to collect and transfer money;

In violation of Title 21, United States Code, Section 846; and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

COUNT TWO

**Possession with Intent to Distribute Controlled Substances**

The Grand Jury Further Charges:

On or about May 2, 2024, in the District of North Dakota, and elsewhere,

DEONTAE MAURICE JACKSON, a/k/a LEEF; and
ASHIMIYU GBOLAHAN AWOLONLE, a/k/a CASH,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute controlled substances, including approximately opiate pills, tablets, and powders that were 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RLV/jrs