AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ASHIMIYU GBOLAHAN AWOLONLE, a/k/a CASH | ) | Case No. 1:24-cr-108-02 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

REC'D USMS-D/ND
2024 JUN 27 16:34

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ashimiyu Gbolahan AWOLONLE, a/k/a Cash,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute Controlled Substances
Aiding and Abetting

Date:   06/27/2024

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:   Bismarck, ND

/s/ Renee Hellwig, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/27/24, and the person was arrested on *(date)* 7/8/24
at *(city and state)* Bismarck, ND

Date: 7/8/24

Thomas Kinney on behalf of DEA
*Arresting officer's signature*

DUSM Thomas Kinney
*Printed name and title*