IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEONTAE MAURICE JACKSON,<br>a/k/a LEEF; and<br>ASHIMIYU GBOLOHAN ALOWONLE,<br>a/k/a CASH,<br><br>    Defendants. | Case No. 1:24-cr-108<br><br>**MOTION TO DISMISS<br>SUPERSEDING INDICTMENT** |

Pursuant to Rule 48(a), F.R.Crim.P., the United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, hereby moves to dismiss the Superseding Indictment filed against Defendants Deontae Maurice Jackson, a/k/a Leef, and Ashimiyu Gbolahan Alowonle, a/k/a Cash, in the above matter. Defendants Jackson and Alowonle are subject to charges in another jurisdiction that encompass the conduct charged in this case. Therefore, the circumstances involved in the current Superseding Indictment in the District of North Dakota do not warrant further prosecution.

Based on the foregoing, the United States requests the Court dismiss the Superseding Indictment against Defendants Deontae Maurice Jackson, a/k/a Leef, and Ashimiyu Gbolahan Alowonle, a/k/a Cash.

Dated: October 30, 2024.

        MAC SCHNEIDER
        United States Attorney

By:   */s/ Rick L. Volk*
      RICK L. VOLK
      Assistant United States Attorney
      P. O. Box 699
      Bismarck, ND 58502-0699
      (701) 530-2420
      N.D. Bar Board ID No. 04913
      Attorney for United States